UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 25-MJ-123 |
| **v.** : | |
| : | |
| **SYDNEY LORI REID,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Christine Macey, who may be contacted by telephone on (202) 252-7058 or e-mail at Christine.Macey@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Christine M. Macey*
CHRISTINE M. MACEY
DC Bar No. 1010730
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7058
Christine.Macey@usdoj.gov